AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2022 MAR 30  PM 2:51

CLERK

BY _____
DEPUTY CLERK

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 5:22-mj-37 gwc |
| Jerry Banks | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2018 _____ in the county of _____ Caledonia _____ in the

_____ District of _____ Vermont _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(a)(1) | The unlawful seizure, confinement, inveigling, decoying, kidnapping, abduction, and carrying away, for reward and otherwise, GD, and in committing and in furtherance of the commission of the offense, travelling in interstate commerce and using a facility and instrumentality of interstate commerce. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Patrick Hanna, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 03/30/2022 _____

_____
Judge's signature

City and state: _____ Rutland, Vermont _____

Hon. Geoffrey W. Crawford, Chief US District Judge
_____
*Printed name and title*