U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2022 APR 14 PM 12: 55

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 5:22-cr-41-1 |
| | ) |
| JERRY BANKS | ) |

### INDICTMENT

The Grand Jury charges:

#### Count One

On or about January 6, 2018, in the District of Vermont, the defendant JERRY BANKS unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away for reward and otherwise Gregory Davis, when BANKS travelled in interstate commerce and used a facility or instrumentality of interstate commerce in committing and in furtherance of the commission of the offense.

(18 U.S.C. § 1201)

A TRUE BILL

███████████████

FOREPERSON

_____
Nikolas P. Kerest (PJV/JAO)
United States Attorney
Burlington, Vermont
April 14, 2022