UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Docket No. 5:22-cr-41 |
| JERRY BANKS,<br>    Defendant. | ) |

**NOTICE OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Vermont hereby dismisses the Indictment against defendant JERRY BANKS, without prejudice, in the above-captioned case. The substance of the charge in the pending indictment has been re-alleged by the grand jury in a Second Superseding Indictment filed in criminal case number 5:22-cr-58.

Dated at Burlington, in the District of Vermont, this 3rd day of November, 2022.

Respectfully submitted,

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

By:    */s/ Jonathan Ophardt*
JONATHAN A. OPHARDT
Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal and the Indictment is hereby dismissed without prejudice.

_____              _____
DATE                                                      GEOFFREY W. CRAWFORD
                                                                            Chief United States District Judge